1  Robert A. Shull (#003467)
   MARISCAL, WEEKS, MCINTYRE
2      & FRIEDLANDER, P.A.
   2901 North Central Avenue, Suite 200
3  Phoenix, Arizona 85012-2705
   Phone: (602) 285-5000
4  Fax: (602) 285-5100

Attorneys for Defendants Scott Johnson, Ross N. Farnsworth, Jr., Cody Pearce, George Dover, Brent Williams, Tom Fairbanks and Tom Farnsworth

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MATHON FUND, L.L.C.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>CASE NO. 05-27993-PHX-GBN<br><br>**NOTICE OF APPEARANCE** |

Mariscal, Weeks, McIntyre & Friedlander, P.A., by Robert A. Shull, hereby enters its appearance on behalf of investors Scott Johnson, Ross N. Farnsworth, Jr., Cody Pearce, George Dover, Brent Williams, Tom Fairbanks and Tom Farnsworth.

RESPECTFULLY SUBMITTED THIS 14th day of November, 2005.

MARISCAL, WEEKS, MCINTYRE
  & FRIEDLANDER, P.A.

/s/ Robert A. Shull (SBN 003467)
By: _____
Robert A. Shull
2901 N. Central, #200
Phoenix, AZ 85012-2705
Attorneys for Defendants Scott Johnson, Ross N. Farnsworth, Jr., Cody Pearce, George Dover, Brent Williams and Tom Farnsworth
rob.shull@mwmf.com

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 14th day of November, 2005, to: |
| 2 | |
| 3 | Wendy L. Coy, Esq.<br>Arizona Corporation Commission<br>Securities Division |
| 4 | 1300 West Washington, 3rd Floor<br>Phoenix, AZ 85004 |
| 5 | Attorney for Plaintiff<br>WCoy@azcc.gov |
| 6 | |
| 7 | Lawrence E. Wilk, Esq.<br>JABURG & WILK, P.C. |
| 8 | 3200 N. Central, #2000<br>Phoenix, AZ 85012 |
| 9 | Attorneys for James C. Sell, Conservator<br>lew@jaburgwilk.com |
| 10 | Gerald L. Shelley, Esq.<br>QUARLES & BRADY STREICH LANG, LLP |
| 11 | Two North Central Avenue<br>Phoenix, AZ 85004-2391 |
| 12 | Attorneys for Creditors Committee<br>gls@quarles.com |
| 13 | |
| 14 | J. Grant Woods, Esq.<br>GRANT WOODS, P.C.<br>1726 N. 7th Street |
| 15 | Phoenix, AZ 85006-2200<br>Attorney for Duane and Jennifer Slade |
| 16 | and Guy and Lisa Williams<br>gw@grantwoodspc.net |
| 17 | |
| 18 | Keith Beauchamp, Esq.<br>Bret Maidman, Esq. |
| 19 | Thomas A. Gilson, Esq.<br>Amy Marie Wilkins, Esq. |
| 20 | Robert G. Schaffer, Esq.<br>LEWIS & ROCA, LLP |
| 21 | 40 N. Central Avenue<br>Phoenix, AZ 85004-4429 |
| 22 | Attorneys for Duane Slade and<br>Guy Williams |
| 23 | kbeauchamp@lrlaw.com |
| 24 | Steven C. Mahaffy, Esq.<br>BEUS GILBERT PLLC |
| 25 | 4800 N. Scottsdale Road, Suite 6000<br>Scottsdale, AZ 85251-7630 |
| 26 | Attorney for Wealth Partners<br>smahaffy@beusgilbert.com |

| | |
|---|---|
| 1 | |
| 2 | Merwin D. Grant, Esq.<br>GRANT & VAUGH, PC<br>6225 N. 24th Street, #125 |
| 3 | Phoenix, AZ 85016<br>Attorney for Dr. Glauser, Larry Pew |
| 4 | and Rich Stewart<br>grant@phxlaw.com |
| 5 | |
| 6 | Keith A. Call, Esq.<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, 11th Floor |
| 7 | P. O. Box 45000<br>Salt Lake City, UT 84145 |
| 8 | Attorneys for Dr. Robert Berry<br>kcall@scmlaw.com |
| 9 | |
| 10 | A. Melvin McDonald, Esq.<br>JONES SKELTON & HOCHULI, PLC<br>2901 N. Central, #800 |
| 11 | Phoenix, AZ 85012<br>Attorney for Ross Farnsworth, Jr. and |
| 12 | Farnsworth Holdings<br>mcdonaldm@aol.com |
| 13 | |
| 14 | Michael Carmel, Esq.<br>Law Offices of Michael W. Carmel, Ltd.<br>80 East Columbus Avenue |
| 15 | Phoenix, AZ 85012<br>Attorney for Debtor |
| 16 | Michael@mcarmellaw.com |
| 17 | Philip G. Mitchell, Esq.<br>JENINGS, HAUG & CUNNINGHAM, LLP |
| 18 | 2800 N. Central, Suite 1800<br>Phoenix, AZ 85004-1049 |
| 19 | Attorney for Debtor<br>pgm@jhc-law.com |
| 20 | |
| 21 | U.S. Trustee<br>Office of the U.S. Trustee<br>230 North First Avenue, #204 |
| 22 | Phoenix, AZ 85003 |
| 23 | |
| 24 | /s/ Ann Burgess<br>_____ |
| 25 | |
| 26 | |